**BROWN RUDNICK LLP**
Edward S. Weisfelner
Bennett S. Silverberg
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

-and-

Sunni P. Beville
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-22302 (RDD) |
| HOOPER HOLMES, INC. | |
| D/B/A PROVANT HEALTH, et al,[1] | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown Rudnick LLP hereby enters its appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as proposed counsel to the Official Committee of Unsecured Creditors (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511).  The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS  66286.

"<u>Official Committee</u>"), and hereby requests that all notices given or required in the Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the following:

> **BROWN RUDNICK LLP**
> 7 Times Square
> New York, NY  10036
> Attn:  Edward S. Weisfelner, Esq.
> Attn:  Bennett S. Silverberg, Esq.
> Telephone:  (212) 209-4800
> Facsimile:   (212) 209-4801
> E-mail: eweisfelner@brownrudnick.com
> E-mail: bsilverberg@brownrudnick.com
>
> -and-
>
> **BROWN RUDNICK LLP**
> One Financial Center
> Boston, MA  02111
> Attn:  Sunni P. Beville, Esq.
> Telephone:  (617) 856-8200
> Facsimile:   (617) 856-8201
> E-mail: sbeville@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of the Official Committee (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial

2

by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Indenture Trustee is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[Remainder of page intentionally left blank.]

| | |
|---|---|
| Dated: September 6, 2018<br>New York, New York | **BROWN RUDNICK LLP**<br><br>By: /s/ *Edward S. Weisfelner*<br>Edward S. Weisfelner<br>Bennett S. Silverberg<br>7 Times Square<br>New York, NY  10036<br>Telephone:  (212) 209-4800<br>Facsimile:   (212) 209-4801<br>E-mail: eweisfelner@brownrudnick.com<br>E-mail: bsilverberg@brownrudnick.com<br><br><br>-and-<br><br>Sunni P. Beville<br>One Financial Center<br>Boston, MA  02111<br>Telephone:  (617) 856-8200<br>Facsimile:   (617) 856-8201<br>E-mail: sbeville@brownrudnick.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

63137190 v1