UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*:<br><br>HOOPER HOLMES, INC.<br>D/B/A PROVANT HEALTH, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23302 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

PLEASE TAKE NOTICE THAT:

Pursuant to Article IX of the *Amended Joint Plan of Liquidation of Debtors Under Chapter 11 of the Bankruptcy Code* [Doc. No. 318]*,* all conditions precedent to the Effective Date have been satisfied or waived, and the Effective Date occurred on February 12, 2019.

Dated: February 13, 2019
      New York, New York

/s/ Bennett S. Silverberg
Bennett S. Silverberg
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: bsilverberg@brownrudnick.com
Counsel to Matthew D. Pascucci, in his capacity as Trustee for the Hooper Holmes Liquidating Trust

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511). The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS 66286.